# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| GUNTERSVILLE BREATHABLES, INC., } } | |
| PLAINTIFF, } } | |
| v. } } | Case No.: 5:16-cv-387-MHH |
| GLOBAL GLOVE & SAFETY MANUFACTURING, INC., } } } | |
| DEFENDANT. } | |

## ORDER

The parties in this action filed a Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 8) on May 2, 2017.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared."  Accordingly, this action is **DISMISSED WITH PREJUDICE** pursuant to the parties' joint stipulation of voluntary dismissal with prejudice. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this May 3, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE